# EXHIBIT 3

**URS**                                                                  Privileged and Confidential

November 9, 2005

Law Department – Environmental Services
Federated Department Stores, Inc.
7 West Seventh Street
Cincinnati, Ohio 45202

**Subject:     Macy's Department Store @ The Falls – Miami, Florida**

Dear Sir/Madam,

Federated Department Stores, Inc. retained URS Corporation to perform moisture, temperature, and relative humidity assessments at a Macy's department store located at 9100 SW 136th Street, The Falls Mall, in Miami, Florida. The purpose of this assessment was to determine the extent of water damage impact within this department store after Hurricane Wilma significantly damaged the western half of the roof, which, in turn allowed stormwater to enter the building on Monday, October 24, 2005.

Mr. John Freitas and Mr. Carlos F. García, of URS Corporation, performed the walkthrough of this department store on Friday, October 28, 2005. As the facility was open, URS Corporation was able to gain access to all three floor levels, including the roof level, sales areas, executive offices, stock rooms, storage rooms and mechanical rooms.

The scope of URS Corporation's services was to provide, as reasonable as possible, a physical and visual assessment of the condition of the accessible interior areas inside the building for evidence of moisture intrusion resulting in water damage to the ceiling, wall and floor finishes, including building insulation and fireproofing protection within this three-story structure. URS Corporation was unable to identify all possible affected areas due to wall height, ceiling height, wall mounted shelving and showcases, vinyl wall coverings, or immovable objects that could have hidden some building and finishing materials with water intrusion damage.

URS Corporation performed the following tasks during this assessment:

- A site visit consisting of a visual inspection of the interior spaces to document evidence of moisture intrusion, on building and finishing materials within the store.
- Determine the extension of moisture intrusion and damage, on building and finishing materials.

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

1

**URS**

Privileged and Confidential

- Take direct measurements of moisture content, ambient temperature and relative humidity.
- Representative photographic documentation identifying conditions found.

URS Corporation did not conduct any destructive testing. Our observation of the building's equipment was limited to determining whether or not the equipment was operable.

## BACKGROUND

This The Falls anchor site was developed with a three-story department store constructed utilizing a reinforced concrete and steel frame structure, that includes sales areas, stock and storage rooms, restrooms, executive offices, and mechanical and maintenance rooms. The Macy's building was built in 1997 and consists of approximately 240,000 square feet, with a calculated air-conditioned area of approximately 200,000 square feet. This three-story retail structure connects into The Falls Mall on the east elevation.

The interior finishes within the building can be best described as typical commercial finishes. Finishes consist of ceramic tile, wood covering and carpet flooring; metal framed painted drywall partitions, vinyl wall coverings, wall mounted shelving, and showcases; suspended acoustical ceiling panels, and plaster ceilings. Ceilings within the stock/storage rooms and mechanical rooms are exposed.

The roof systems consist of a single-ply EPDM (ethylene propylene diene monomer) system.

Exterior walls are constructed utilizing a masonry block wall with a plaster finish.

## OBSERVATIONS

**Building Shell**

Based upon URS Corporation's observations, the building exterior walls appears in fair condition, with little observable damages, and still serviceable. Approximately one-half of the roof area membrane was peeled back during the storm, allowing stormwater to affect most of the third floor, with portions of the second and first floor also being affected.

URS Corporation accessed the main roof area and observed that the western half of the single-ply EPDM roofing system is damaged required repair.

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

2



Privileged and Confidential

**Interior**

Water from damaged roof migrated into the building, affecting all of the drop ceiling and the majority of the floor coverings on the third floor of the building. A single roof leak saturated the insulation on one of the columns in the stock textiles area. Damage to the second floor was primarily limited to the western portion of the building. There was limited damage to the ceiling of the first floor.

At the time of our observations, the air conditioning system was not operating. The main electric system was operating. Our visual inspection of the sales areas, stock storage spaces, restrooms, executive offices, and mechanical and maintenance spaces revealed that the following conditions exist within the store that is conductive to potential fungal growth:

- Water saturated finish materials, high relative humidity and higher than expected temperature.
- Porous materials affected by water include carpeting, wallboard system, acoustical ceiling tiles, lightweight spray-on fireproofing and merchandises of various organic and inorganic materials.

URS Corporation found visible evidence of fungal growth on the third floor, on the drywall material at the separation between the Table Top and Textiles area.

The extent of the water damage includes spray-on fireproofing, and large areas of carpeting, finish wood flooring, plaster ceilings and acoustical ceiling tiles. Areas affected include storage and stock rooms, sales areas, and executive offices. In addition, some of the vinyl wall coverings, wall mounted shelving, and showcases have been water damaged.

**CONCLUSION**

Based on the observations, URS Corporation concludes that the Macy's – The Falls store, in Miami, Florida, suffered extensive water damage from Hurricane Wilma. Evidence of fungal growth was readily visible on the building porous and finishing materials. To prevent future fungal growth from this event, URS estimates the areas to be rebuilt as shown on the following table:

|  | Flooring | Drywall | Ceiling | Total % |
|---|---|---|---|---|
| First Floor | 14,000 SF | 2,000 SF | 25,000 SF | 52% |
| Second Floor | 14,000 SF | 4,000 SF | 16,000 SF | 52% |
| Third Floor | 20,000 SF | 4,000 SF | 25,000 SF | 67% |

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

3

**URS**  Privileged and Confidential

URS Corporation was unable to access several wall voids at all floors. Furthermore, many of the walls, at the sales areas, are fitted with vinyl wall coverings, wall mounted shelving, showcases, millwork and metal that, in some instances, impeded a complete assessment of the moisture content in the partition walls. Water damage and potential fungal growth, primarily behind walls and drop ceilings, can be assessed by destructive investigation or during demolition. This may increase the percentage of areas requiring rebuilding.

URS was unable to inspect the HVAC system and associated ductwork, and vertical transportation in the store including the elevator machine room and elevator pits.

If you have any questions, please do not hesitate to call me at 561.994.6500.

Sincerely yours,

URS Corporation

*[signature]*

Ronald Huggins, PhD, MPH, CIH
Principal,
Environmental Health & Safety

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

4