# EXHIBIT 4



Privileged and Confidential

November 4, 2005

Law Department – Environmental Services
Federated Department Stores, Inc.
7 West Seventh Street
Cincinnati, Ohio 45202

Subject:   **Macy's Department Store @ Fashion Mall – Plantation, Florida**

Dear Sir/Madam,

Federated Department Stores, Inc. retained URS Corporation to perform moisture, temperature, and relative humidity assessments at a Macy's department store located at 1 S. University Boulevard, Fashion Mall, in Plantation, Florida. The purpose of this assessment was to determine the extent of water damage impact within this department store after Hurricane Wilma significantly damaged a portion of the masonry parapet wall, located to the west side of the main roof level, which in turn broke a wet fire protection pipeline, on Monday, October 24, 2005.

Mr. Orlando Anzola, consultant of URS Corporation, performed the walkthrough of this department store on Saturday, October 29, 2005. Through the courtesy of Michelle Bello, Loss Prevention Manager, URS Corporation was able to gain access to all three floor levels, including the roof level, sales areas, executive offices, stock rooms, storage rooms and mechanical rooms.

The scope of URS Corporation's services was to provide, as reasonable as possible, a physical and visual assessment of the condition of the accessible interior areas inside the building for evidence of moisture intrusion resulting in water damage to the ceiling, wall and floor finishes, including building insulation and fireproofing protection within this three-story structure. URS Corporation was unable to identify all possible affected areas due to wall height, ceiling height, wall mounted shelving and showcases, vinyl wall coverings, or immovable objects that could have hidden some building and finishing materials with water intrusion damage.

URS Corporation performed the following tasks during this assessment:

- A site visit consisting of a visual inspection of the interior spaces to document evidence of moisture intrusion, on building and finishing materials within the store.

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

1



Privileged and Confidential

- Determine the extension of moisture intrusion and damage, on building and finishing materials.
- Take direct measurements of moisture content, ambient temperature and relative humidity.
- Representative photographic documentation identifying conditions found.

URS Corporation did not conduct any destructive testing. Our observation of the building's equipment was limited to determining whether or not the equipment was operable.

## BACKGROUND

This Fashion Mall anchor site was developed with a three-story department store constructed utilizing a reinforced concrete and steel frame structure, that includes sales areas, stock and storage rooms, restrooms, executive offices, and mechanical and maintenance rooms. The Macy's building was built in 1989 and consists of approximately 270,000 square feet, with a calculated air-conditioned area of approximately 240,000 square feet. This three-story retail structure connects into the Fashion Place Mall on the south elevation.

The interior finishes within the building can be best described as typical commercial finishes. Finishes consist of ceramic tile, wood covering and carpet flooring; metal framed painted drywall partitions, vinyl wall coverings, wall mounted shelving, and showcases; suspended acoustical ceiling panels, and plaster ceilings. Ceilings within the stock/storage rooms and mechanical rooms are exposed.

The roof systems consist of a single-ply EPDM (ethylene propylene diene monomer) system and a cement barrel tile over felt membrane system.

Exterior walls are constructed utilizing a masonry block wall with a brick veneer.

## OBSERVATIONS

### Building Shell

Based upon URS Corporation's observations, the building exterior walls appears in fair condition, with observable damages, and still serviceable. Approximately 150 feet of a six feet tall perimeter parapet wall collapsed on the roof area damaging a wet fire protection pipeline causing a massive flooding within the northwest emergency stairwell, which in turn spread throughout the northern half portion of the three floor levels inside.

URS Corporation accessed the main roof area and observed that the majority of the single-ply EPDM roofing system is in good condition and serviceable. A portion of the roof, next to the collapsed wall, has been damaged and will require repair. During our

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

2

URS 0703 0000031



Privileged and Confidential

inspection, a contractor was performing temporary repairs at the roof deck and installing protective roof membrane at the affected area.

Masonry debris was noted on the main roof area and on the adjacent multi-story parking garage to the west. The contractor informed us that debris removal would commence soon.

### Interior

Water from the ruptured wet fire protection pipeline cascaded into the northwest emergency stairwell, and migrated into the northern half of the store at all floor levels. At the time of our observations, the air conditioning system was not operating, however, a desiccating method had been installed and operational. The main electric system was not operating, however, the electric back-up system was in use. Our visual inspection of the sales areas, stock storage spaces, restrooms, executive offices, and mechanical and maintenance spaces revealed that the following conditions exist within the store that is conductive to potential fungal growth:

- Water saturated finish materials, high relative humidity and higher than expected temperature.
- Porous materials affected by water include carpeting, wallboard system, acoustical ceiling tiles, lightweight spray-on fireproofing and merchandises of various organic and inorganic materials.

URS Corporation found visible evidence of fungal growth on the building porous and finishing materials inside the west emergency stairwell, at the third floor bedding area, at the first floor alterations room and adjacent corridor, and at the men's shoes stock room. The extent of the water damage includes spray-on fireproofing, and large areas of carpeting, finish wood flooring, drywall partitions, plaster ceilings and acoustical ceiling tiles. Areas affected include the west emergency stairwell, storage and stock rooms, sales areas, and executive offices. In addition, some of the vinyl wall coverings, wall mounted shelving, and showcases have been water damaged.

### CONCLUSION

Based on the observations, URS Corporation concludes that the Macy's – Fashion store, in Plantation, Florida, suffered extensive water damage from Hurricane Wilma. Evidence of fungal growth was readily visible on the building porous and finishing materials. To prevent future fungal growth from this event, URS estimates the areas to be rebuilt as shown on the following table:

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

URS 0703 0000032



Privileged and Confidential

|  | Flooring | Drywall | Ceiling | Total % |
|---|---|---|---|---|
| First Floor | 24,000 SF | 18,000 SF | 8,000 SF | 63% |
| Second Floor | 30,000 SF | 18,000 SF | 9,000 SF | 71% |
| Third Floor | 18,000 SF | 12,000 SF | 14,000 SF | 52% |

URS Corporation was unable to access several wall voids at all floors. Furthermore, many of the walls, at the sales areas, are fitted with vinyl wall coverings, wall mounted shelving, showcases, millwork and metal that, in some instances, impeded a complete assessment of the moisture content in the partition walls. Water damage and potential fungal growth, primarily behind walls and drop ceilings, can be assessed by destructive investigation or during demolition. This may increase the percentage of areas requiring rebuilding.

URS was unable to inspect the HVAC system and associated ductwork, and vertical transportation in the store including the elevator machine room and elevator pits.

If you have any questions, please do not hesitate to call me at 561.994.6500.

Sincerely yours,

URS Corporation

Ronald Huggins, PhD, MPH, CIH
Principal,
Environmental Health & Safety

7800 Congress Ave
Suite 200
Boca Raton, FL 33487
Tel: 561.994.6500
Fax: 561.994.6524

4

URS 0703 0000033