UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22147-CIV-KING-GARBER

FEDERATED DEPARTMENT          *
STORES, INC.                  *
                              *
            Plaintiff,        *
v.                            *
                              *
FEDERATED DEPARTMENT          *
STORES INSURANCE CO., INC.    *
                              *
            Defendant.        *
_____  /

## INDEX OF EXHIBITS TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUE TO BE TRIED

| Exhibit Number | Description |
|---|---|
| 1 | September 6, 2007 Report on Hurricane Wilma by Bryan Norcross |
| 2 | FDS 0618 0003044 |
| 3 | Master Property Insurance Policy for Federated Department Stores, Inc., Policy No. 496-1-PRO 001 for the coverage period February 1, 2005 to February 1, 2006 |
| 4 | ENGLE-006344 |
| 5 | September 6, 2007 Statement of Opinion of Gregory Kissel and Robert Rich |

| Exhibit Number | Description |
| --- | --- |
| 6 | Photographs of The Falls, Galleria and Plantation stores:<br>The Falls<br>BHDPF 0808 0000117<br>BHDPF 0808 0000119<br>BHDPF 0808 0000127<br>BHDPF 0808 0000128<br>BHDPF 0808 0000129<br>BHDPF 0808 0000130<br>BHDPF 0808 0000132<br>FDS 0507 0011031<br>FDS 0507 0011035<br>FDS 0507 0011074<br>FDS 0507 0011075<br><br>Galleria<br>BHDPG 0808 0000140<br>BHDPG 0808 0000147<br>BHDPG 0808 0000148<br>BHDPG 0808 0000219<br>BHDPG 0808 0000289<br>BHDPG 0808 0000308<br>BHDPG 0808 0000368<br><br>Plantation<br>BHDPP 0808 0000124<br>BHDPP 0808 0000125<br>BHDPP 0808 0000126<br>BHDPP 0808 0000199<br>BHDPP 0808 0000220<br>URS 0703 0004272<br>URS 0703 0004273<br>URS 0703 0004275<br>URS 0703 0004276<br>URS 0703 0004277 |
| 7 | Excerpts from July 25, 2007 deposition of Douglas Pangburn |
| 8 | Excerpts from November 29, 2007 Defendant's Response and Objections to Plaintiff's Second Request for Admissions |
| 9 | Excerpts from September 12, 2007 Hearing Transcript |
| 10 | Engle-004239 – 46 |

| Exhibit Number | Description |
|---|---|
| 11 | Plaintiff's Notice of Deposition of Defendant Federated Department Stores Insurance Co., Inc. |
| 12 | Excerpts from June 21, 2007 30(b)(6) deposition of Joseph Slane |
| 13 | Excerpts from June 20, 2007 deposition of Joseph Slane |
| 14 | Excerpts from November 27, 2007 Defendant's Answers and Objections to Plaintiff's Second Set of Interrogatories |
| 15 | FDS 0507 0008238 – 39 |
| 16 | Excerpts from November 13, 2007 deposition of Erik Jaeger |
| 17 | Exhibit 1 to November 13, 2007 deposition of Erik Jaeger |
| 18 | Excerpts from October 8, 2007 deposition of Ross Sikarev |
| 19 | Exhibit 3 to October 8, 2007 deposition of Ross Sikarev |
| 20 | Excerpts from July 17, 2007 deposition of Mark F. Young |
| 21 | Excerpts from October 30, 2007 deposition of William Waterston |
| 22 | HELD-006735 |
| 23 | Exhibit 2 to June 20, 2007 deposition of Joseph Slane |
| 24 | Exhibit 3 to June 20, 2007 deposition of Joseph Slane |
| 25 | Images of CDs containing Ernst & Young Submissions 1 through 10 |
| 26 | Excerpts from October 22, 2007 Expert Report of Brad R. Ryden |
| 27 | FDS 0618 0002990 – 3112 |
| 28 | Excerpts from November 15, 2007 deposition of Brad Ryden |
| 29 | FDS 0507 0008194 – 220 |
| 30 | FDS 0507 0008187 – 89 |
| 31 | ENGLE-019763 – 809 |

| Exhibit Number | Description |
|---|---|
| 32 | Exhibit 17 to November 13, 2007 deposition of Erik Jaeger |
| 33 | Exhibit 18 to November 13, 2007 deposition of Erik Jaeger |
| 34 | Exhibit 22 to November 13, 2007 deposition of Erik Jaeger |
| 35 | Exhibit 28 to November 13, 2007 deposition of Erik Jaeger |
| 36 | Exhibits 24 and 25 to November 13, 2007 deposition of Erik Jaeger |
| 37 | YOUNG-004561 – 66, 4601 – 02, 4604, 4635 |
| 38 | YOUNG-004517 – 24, 4535 – 40, 4600, 4603, 4645 – 48, 4651 – 52, 4465, 4485, 4487, 4497 |
| 39 | FDS 0620 0005308 – 10 |
| 40 | Exhibits 20, 21, and 26 to November 13, 2007 deposition of Erik Jaeger |
| 41 | Exhibits 6 and 27 to November 13, 2007 deposition of Erik Jaeger |
| 42 | Excerpts from June 14, 2007 Defendant's Answers and Objections to First Set of Interrogatories |
| 43 | November 30, 2007 response by defendant to privilege log issues raised by plaintiff |
| 44 | HELD-003705 – 07 |
| 45 | ENGLE-004478 – 79 |
| 46 | ENGLE-004256 – 58 |
| 47 | ENGLE-004048 – 50 |
| 48 | Excerpts from December 28, 2007 Defendant's Supplemental Response and Objections to Second Request for Admissions |
| 49 | FDS 0507 0008184 – 86 |
| 50 | Excerpts from August 16, 2007 Defendant's Supplemental Response and Objections to Request for Admissions |

| Exhibit Number | Description |
|---|---|
| 51 | FDS 0507 0008244 – 46 |
| 52 | Excerpts from December 28, 2007 Defendant's Supplemental Answers and Objections to Plaintiff's Second Set of Interrogatories |
| 53 | Excerpts from January 11, 2008 deposition of Kevin Dubart |
| 54 | ENGLE-003086 – 90 |
| 55 | FDS 0507 0008266 – 70 |
| 56 | FDS 0507 0008298 – 300 |