**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 06-22147-CIV-KING-GARBER

FEDERATED DEPARTMENT STORES, INC.,

Plaintiff,

v.

FEDERATED DEPARTMENT STORES
INSURANCE CO., INC.,

Defendant.
_____________________________________/

## ORDER SETTING HEARINGS

The above-styled case is hereby set for hearing on **Monday, March 10, 2008** for oral argument on the following motions:

**8:30 a.m.** **Defendant's Motion to Exclude Settlements (D.E. #188)**

**9:30 a.m.** **Defendant's Motion to Exclude Published Standards (D.E. #189)**

**10:30 a.m.** **Defendant's Motion to Exclude Moisture Maps (D.E. #192)**

**1:30 p.m.** **Defendant's Motion to Exclude Claims Handling (D.E. #195)**

**2:30 p.m.** **Plaintiff's Motion to Exclude Videos (D.E. #198)**

The above-referenced hearings will be held at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, FL.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 6th day of February, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Barry L. Garber

*Counsel for Plaintiff:*
Marcos Jimenez, Esq.
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131
Facsimile: (305) 372-1861

John Iole, Esq.
J.W. Montgomery III, Esq.
Rebekah B. Kcehowski, Esq.
Neelie S. Simmons, Esq.
Jones Day
500 Grant Street, Suite 3100
Pittsburgh, PA 15219
Facsimile: (412) 394-7959

*Counsel for Defendant:*
Jennifer G. Altman, Esq.
Boies, Schiller & Flexner LLP
100 S.E. Second Street
2800 Bank of America Tower
Miami, FL 33131
Facsimile: (305) 539-1307

Carlos M. Sires, Esq.
Boies, Schiller & Flexner LLP
401 East Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301
Facsimile: (954) 356-0022