UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

FEDERATED DEPARTMENT STORES ______

Case No. 06-22147-CIV-KING

Date March 10, 2008

vs.

FEDERATED DEPARTMENT STORES INSURANCE COMPANY

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Richard Barry

TYPE OF PROCEEDING: **DEFENDANT'S MOTION TO EXCLUDE EVIDENCE REGARDING SETTLEMENT OF HURRICANE KATRINA AND ALL SETTLED PORTIONS OF HURRICANE WILMA CLAIM**

Scheduling Conference___ Status Conference____
Pre-Trial Conference ____ Motion Hearing __X__ ____

Counsel for Plaintiff: Marcos D. Jimenez, Esq. John Iole, Esq. Rebecca Kcehowski, Esq.

Counsel for Defendant: Carlos M. Sires, Esq. Jennifer Altman, Esq. Sheani Salama, Esq. Carl Goldfarb, Esq.

Motion: Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: ______

PRE-TRIAL MOTIONS FILED BY: ______

PRE-TRIAL CONFERENCE SET FOR: ______

TRIAL SET FOR: ______
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/KEY WEST
TRIAL CONTINUED TO: ______

RULE 16 SCHEDULING CONFERENCE CONTINUED TO: ______

*

- Oral Argument held on Defendant's Motion in Limine to Exclude (D.E. #188)
- The Court rules that the motion be **Granted -In-Part** (to cover the comparison of the stores)to be re-visited at time of trial.

*

- Oral Argument held on Defendant's Motion in Limine to Exclude Evidence of Newly Published Standards (3rd Edition) (D.E. #189)

- The Court finds that the motion be **Denied W/O Prejudice** with leave to re-introduce at the time of trial.

*

- Oral Arguments held on Defendant's Motion to Exclude the Use of the Moisture Maps and Related Evidence (D.E. #192) held.
- The Court find that the motion should be - **Denied W/O Prejudice**.

*

- Oral arguments held on Defendant's Motion in Limine to Exclude Claims Handling and Role of Reinsurers (D.E. #195)
- The Court find that the motion be **Granted**-immaterial and expect a stipulated jury instruction.

*

- Oral Argument held on Plaintiff's Motion in Limine to Exclude JS Videos held by Federated Department Stores Insurance Co.(D.E. #198)
- The Court find that the Motion is **Denied Without Prejudice** to reconsider when and if the video tapes are offered at trial.

TIME START: 8:30 AM
END TIME: 1:45 PM